UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GEYSI TSIDHQIYAH EL,**

          **Claimant,**

**v.**                                 **Case No: 6:18-mc-42-Orl-41DCI**

**US SECRETARY OF STATE and
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,**

          **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Motion to Proceed *in Forma Pauperis* (Doc. 2).
United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 4), in
which he recommends that the motion be denied and that this case be dismissed.

Claimant filed an Objection (Doc. 5) to the Report and Recommendation. Therein,
Claimant does not address the analysis in the Report and Recommendation, but instead, appears
to question the propriety of the assigned Judges—both Magistrate and District—presiding over
this case. However, Claimant's only alleged conflict is the fact that both Judges are members of
the Florida Bar. This fact does not create a conflict or give rise to a basis for recusal.

After a *de novo* review of the record, the Court agrees with the analysis in the Report and
Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 4) is **ADOPTED** and **CONFIRMED** and
   made a part of this Order.

2. The Motion to Proceed *in Forma Pauperis* (Doc. 2) is **DENIED**.

3. This case is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party